

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00374-CR

**JEFFERY SCOTT DUMAS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 440th District Court**
**Coryell County, Texas**
**Trial Court No. 15-22797**

## O R D E R

On December 12, 2017, the clerk's record was filed in this appeal, and no certificate of defendant's right of appeal was included in the clerk's record. On the same date, the trial court was notified by the Clerk of this Court that a certification of defendant's right of appeal had not been provided to this Court. The Clerk requested the trial court to provide the trial court clerk with the trial court's certification of defendant's right of appeal within 14 days from the date of the letter and requested the trial court clerk to provide a supplemental clerk's record containing the trial court's certification within 28

days from the date of the letter. No supplemental clerk's record containing the trial court's certification has been filed.

Accordingly, the trial court is Ordered to provide the trial court clerk with a certification of defendant's right of appeal of the trial court's judgment within 14 days from the date of this Order. *See* TEX. R. APP. P. 25.2(d); *Cortez v. State*, 420 S.W.3d 803, 807 (Tex. Crim. App. 2013) ("if the trial-court clerk does not file the certification after notice from the appellate clerk, … the appellate clerk 'must refer the matter to the appellate court, which will make an appropriate order….' The 'appropriate order' … is an order from the appellate court directing the trial court to file the certification of the defendant's right of appeal.").

The trial court clerk is Ordered to file a supplemental clerk's record containing the trial court's certification with this Court within 21 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Certification ordered
Order issued and filed June 27, 2018
Do not publish

